## SUMMERS v. CITY OF CHARLOTTE

No. 310P01-2

Case below: 149 N.C. App. 509

Motion by defendants to dismiss the appeal for lack of substantial constitutional question allowed 27 June 2002. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## TUCKER v. MECKLENBURG CTY. ZONING BD. OF ADJUST.

No. 68A02

Case below: 148 N.C. App. 52

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16 (b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 27 June 2002.

## WADDELL v. WILLIAMS

No. 199P02

Case below: 149 N.C. App. 671

Petition by defendant for writ of supersedeas denied 27 June 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

## WELDIN v. HARDY

No. 472P01

Case below: 145 N.C. App. 207

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002. Motion by plaintiff for stay denied 27 June 2002. Motion by counsel (David E. Gurganus) to withdraw allowed 27 June 2002.

## WILSON v. TAYLOR

No. 196P02

Case below: 149 N.C. App. 491

Petition by defendant for discretionary pursuant to G.S. 7A-31 denied 27 June 2002.